# EXHIBIT 2



**U.S. Department of Justice**

National Security Division

---

*Counterintelligence and Export Control Section*  *Washington, D.C. 20530*

September 17, 2021

Peter Zeidenberg, Esq.
Michael Dearington, Esq.
Arent Fox, LLP
1717 K Street NW
Washington, DC 20006

   Re: *United States v. Feng Tao*
      Case No. 19-20052-JAR/JPO

Dear Messrs. Zeidenberg and Dearington,

 To supplement our earlier expert disclosures, and in compliance with our obligations under Federal Rule of Criminal Procedure 16(a)(1)(G), the Federal Rules of Evidence 702, 703, and 705, and the Court's September 9, 2021 trial order, the United States hereby provides notice and a written summary of the testimony of Dr. Rebecca Keiser. The government may choose, however, not to elicit any portion of the testimony outlined in this notice.

 In delivering this notice, the government does not contend or concede that all of the testimony described below necessarily qualifies as expert testimony under Federal Rule of Evidence 702 or implicates the disclosure requirements of Federal Rule of Criminal Procedure 16(a)(1)(G), Federal Rule of Evidence 702, or *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993). The government believes that some, if not all, of the witness testimony summarized herein should be received as non-expert fact testimony or lay opinion testimony pursuant to Federal Rule of Evidence 701. Nevertheless, as a courtesy to the Defendant, we are identifying Dr. Rebecca Keiser as a "probable expert witness" in the event that the Court concludes that any of her testimony constitutes expert testimony.

 The government expects to elicit the testimony of Dr. Rebecca Keiser, Chief of Research Security Strategy and Policy and head of the Office of International Science and Engineering at the National Science Foundation ("NSF"). In her role as Chief of Research Security Strategy and Policy, Dr. Keiser provides the NSF director with policy advice on all aspects of research security strategy. She also leads NSF's efforts to develop and implement efforts to improve research security and NSF's coordination with other federal agencies and the White House. Her testimony will be based on her knowledge, experience, training, and education. A copy of Dr. Keiser's curriculum vitae is attached as **Exhibit 1**.

 The government expects that Dr. Keiser's testimony will relate to the following topics: the NSF grant submission, review, and approval processes; the purpose, nature, and history of NSF's conflicts of interest policy; the purpose, nature, and history of NSF's disclosure requirements; in

2

particular, NSF's biosketch, current and pending, and collaborators and other affiliations sections; the purpose and nature of principled international scientific research collaboration; and the threat of foreign government interference to NSF research security and the U.S. science and engineering enterprise; in particular, certain provisions contained within some foreign talent recruitment program agreements.

Sincerely,

 /s/ Adam P. Barry
Adam P. Barry
Benjamin J. Hawk
Trial Attorneys
National Security Division
U.S. Department of Justice

D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the District of Kansas

**Rebecca Spyke Keiser, Ph.D.**

**WORK EXPERIENCE**

**Chief of Research Security Strategy and Policy**              3/2020-Present
**Office of the Director**
**U.S. National Science Foundation (NSF)**
Alexandria, VA
Supervisor: Director Sethuraman Panchanathan

- First person to serve in this newly-created role.
- Provide policy guidance on all aspects of research security strategy.
- Lead NSF efforts to develop and implement strategies to improve research security.
- Lead NSF in discussions and planning with the White House and other Executive Branch agencies and serve as NSF point of contact for the White House National Security Council.
- Represent NSF as the principal on the Research Security Subcommittee of the National Science and Technology Council's Joint Committee on the Research Enterprise.
- Serve as liaison to the research and academic communities, including university leadership groups, the National Academies of Science, Engineering, and Medicine, and other similar bodies.
- Serve as liaison to international scientific and governmental representatives with regard to issues of research security.

**Head, Office of International Science and Engineering**              4/2015 – 3/2021
**Office of the Director**
**U.S. National Science Foundation**
Alexandria, VA
Supervisor: Director France Córdova

- Served as key member of the National Science Foundation (NSF) leadership team to develop science policy and strategy.
- Worked closely with the White House and U.S. interagency community to develop national science investment priorities.
- Served as the U.S. Government Sherpa representative to the Group of Seven science ministerial meetings.
- Managed a budget of more than $50 million and a team of 33 people.
- Directed and implemented NSF's international science and technology policy and strategy, forming international collaborations worldwide.

**Special Advisor for**                                                                4/2014 – 4/2015
**Innovation and Public-Private Partnership**
**National Aeronautics and Space Administration (NASA)**

**and**

**Executive-in-Residence**
**American University**
Washington, DC
Supervisor: Administrator Charles Bolden

- Served as a policy advisor to the NASA Administrator on means to formulate government policy to advance innovation and support public-private partnerships.
- Established and led an interdisciplinary public policy research group at American University focused on innovation and public-private partnership in space.
- Performed research at American University to formulate policy recommendations and conduct analyses to promote commercial space and public-private space collaboration.
- Taught space policy undergraduate and graduate courses.

**Associate Deputy Administrator for Strategy and Policy**          9/2009 – 4/2014
**NASA**
Washington, DC
Supervisor: Administrator Charles Bolden

- Led the NASA Office of Strategy Formulation and managed its $2 million budget.
- Developed NASA's long-term strategy and successfully codified it in the 2014 Strategic Plan.
- Created and operated the Strategic Implementation Planning (SIP) process for Agency to review key strategic agency issues and provide guidance to issue subject matter experts.
- Led studies of issues of key strategic importance to the Nation in space and aeronautics (for example, socio-economic impacts of NASA's space investments).
- Integrated NASA technical, workforce, and programmatic analyses with White House and legislative direction, as well as any international and inter-agency implications, to formulate comprehensive and integrated policy analysis and recommendations.
- Coordinated and integrated policy and planning efforts of the various NASA elements at NASA Headquarters and NASA's Centers (including legislative and White House policy integration, human capital policy planning, education program planning, communications policy planning, and coordination of international and inter-agency partnerships).
- Acted as high-level interface with labor representatives to ensure that requests for information and data received an appropriate, timely, and comprehensive response.
- Led efforts to articulate Agency principal goals and objectives to successfully respond to national requirements.

**Chief of Staff** 7/2008 – 9/2009
**Exploration Systems Mission Directorate**
**NASA**
Washington, DC
Supervisor: Associate Administrator for Exploration Douglas Cooke

- Led the Directorate's front office team responsible for communication and cross-Directorate policy formulation.
    - Directed policy formulation, public affairs, and legislative affairs for the Directorate.
    - Spearheaded coordination of major Directorate policy issues with agency leadership.
- Interfaced between Directorate management and the Associate Administrator on personnel issues and other issues of concern; worked to resolve such issues at the Chief of Staff level and raise necessary issues to the Associate Administrator level.
- Performed liaison duties between Directorate and the Office of Science and Technology Policy and the Office of Management and Budget for a variety of Directorate-level issues including budget formulation, management, and reporting; explaining the impact of technical decisions on policy; and other Directorate-level policy issues.
- Ran daily operations of the Directorate, including making decisions on behalf of the Associate Administrator when he was unavailable, overseeing the Directorate front office staff, reviewing agency and government-level policies, agreements, and correspondence for the Associate Administrator, and conveying Associate Administrator guidance and directives to the Directorate.

**Executive Officer to the Deputy Administrator** 11/2005 – 7/2008
**NASA**
Washington, DC
Supervisor: Deputy Administrator Shana Dale

- Ran daily operations of the Office of the Deputy Administrator, which included: decision-making on key policy issues on behalf of the Deputy Administrator, overseeing the Deputy Administrator's staff, making hiring decisions, reviewing policies, agreements, and correspondence, providing requested information to the White House and Senate and House staff, and conveying Deputy Administrator guidance and directives to NASA officials-in-charge.
- Provided policy advice and guidance to Deputy Administrator on a variety of issues such as: international participation in space programs, NASA strategic planning for space and aeronautics mission support, communication with the external community (including the public, Congress, the White House, international partners, and industry), and workforce issues.

**Assistant Director for International Relations** 7/2004 – 11/2005
**Office of Science & Technology Policy**
**Executive Office of the President**

Washington, DC
Supervisor: Science Advisor John H. Marburger, III (deceased)

- Provided international policy guidance to the Science & Technology Advisor to the President and to the Associate Directors for Science and for Technology.
- Performed analysis of major international issues affecting science and technology as well as the effect of science and technology issues (such as nanotechnology and alternative energy innovations) on international relations.
- Coordinated international initiatives in science and technology policy, such as: formulation of a government-wide policy for international cooperation in international homeland security related research and development, resolution of major issues to enable conclusion of the U.S.-Russia Science and Technology Agreement signed by Secretary of State Rice, and coordination of bilateral science and technology cooperation with most major countries including China, India, Australia, and Japan.
- Served as primary office interface with the international science & technology community.
- Arranged and provided policy advice for high-level meetings between the Science Advisor and his international counterparts.

## EDUCATION

**Doctorate in International Studies**                                                  6/1999
**University of South Carolina**
Columbia, South Carolina
  *Received Distinction on dissertation*

- Areas of emphasis: international political economy, comparative politics
- Dissertation topic: Cultural and Historical Factors Affecting the Japanese Political Economy: Japanese Official Development Assistance

**Master of Science in Politics of the World Economy**                                  6/1992
**London School of Economics**
London, England
  *Received Distinction in course work*

- Areas of emphasis: politics of money, international business
- Thesis topic: International Debt Crisis of the 1980s

**Bachelor of Arts in Japanese Studies**                                                5/1991
**Wellesley College**
Wellesley, Massachusetts
  *Cum laude*

## LANGUAGES

4

- Japanese: intermediate spoken, intermediate written
- Spanish: intermediate spoken, intermediate written

**Related External Activities**

*Congressional Hearings*

**Senate Homeland Security and Government Affairs Committee**
**Hearing on Securing the U.S. Research Enterprise from China's Talent Recruitment Plans**
**November 19, 2019**
Witness

*Conferences and Panels*

**FBI Counterintelligence Briefings: Threats to Academia**
**Orlando, FL**
**March 2020-September 2021**
Keynote Speaker

**Council on Government Relations Annual Meetings**
**2020-2021**
Speaker on Science and Security (with National Institutes of Health (NIH) representative)

**American Society of Engineering Educators Annual Meeting**
**Washington, DC**
**February 3, 2020**
Speaker at Provosts' Roundtable on Science and Security

**National Academies Committee on Science, Engineering and Medicine Public Policy**
**2020-2021**
Invited expert speaker on research security

**Association of Public and Land grant Universities Annual Meetings**
**2019-2021**
Speaker on research security (with representatives from NIH and Department of Energy (DOE))

**Federal Demonstration Partnership Annual Meetings**
**2019-2021**
Speaker on research security (with NIH and DOE)