```
 1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF KANSAS
 2

 3   UNITED STATES OF AMERICA,

 4        Plaintiff,
                                         Case No. 19-20052-JAR
 5        v.

 6   FENG TAO, a/k/a "Franklin            Kansas City, Kansas
     Tao,"                                Date:  7 April, 2022
 7
          Defendant.                      Day 14
 8                                        Pages 2433 - 2439
     ..........................
 9
                      TRANSCRIPT OF JURY TRIAL
10             BEFORE THE HONORABLE JULIE A. ROBINSON
           SENIOR UNITED STATES DISTRICT COURT JUDGE
11

12                    A P P E A R A N C E S

13   For the Plaintiff:

14   Mr. Adam Barry                    Mr. Christopher Oakley
     U.S. DEPARTMENT OF JUSTICE        U.S. ATTORNEY'S OFFICE
15   950 Pennsylvania Avenue, NW       500 State Avenue
     Washington, D.C. 20530            Suite 360
16                                     Kansas City, Kansas 66101

17   For the Defendant:

18   Mr. Michael F. Dearington
     Mr. Peter R. Zeidenberg
19   ARENT FOX, LLP
     1717 K Street NW
20   Washington, D.C. 20006

21

22

23

24   _____
            Proceedings recorded by machine shorthand,
25     transcript produced by computer-aided transcription.
```

P R O C E E D I N G S

(The following proceedings occurred outside the presence of the jury.)

THE COURT:  The jury has announced they have a verdict, so they'll be in shortly.

(The jury entered the courtroom, after which the following proceedings were had.)

THE COURT:  You can be seated.

Juror No. 0116, I understand you have reached a unanimous verdict?

JUROR NO. 0116:  Yes, Your Honor.

THE COURT:  You can hand the envelope to Ms. Wiest, and I will read it aloud here, publish it by reading it aloud here in court.

All right.  In the case of United States of America versus Feng Tao, 19-20052, we the jury, duly empaneled and sworn upon our oaths, make the following unanimous findings:

Count 1, on the offense of wire fraud charged in Count 1, we find the defendant, Dr. Franklin Feng Tao, not guilty;

Count 2, on the offense of wire fraud charged in Count 2, we find the defendant, Dr. Franklin Feng Tao, not guilty;

Count 3, on the offense of wire fraud charged in Count 3, we find the defendant, Dr. Franklin Feng Tao, guilty;

Count 4, on the offense of wire fraud charged in Count 4, we find the defendant, Dr. Franklin Feng Tao, not guilty;

1           Count 5, on the offense of wire fraud charged in Count
2    5, we find the defendant, Dr. Franklin Feng Tao, guilty;
3           Count 6, on the offense of wire fraud charged in Count
4    6, we find the defendant, Dr. Franklin Feng Tao, guilty;
5           Count 7, on the offense of false statements charged in
6    Count 7, we find the defendant, Dr. Franklin Feng Tao, guilty;
7           Count 8 on the offense of false statements charged in
8    Count 8, we found the defendant, Dr. Franklin Feng Tao, not
9    guilty.
10          Signed and dated today by Juror No. 0116 as
11   foreperson.
12          Would either party like me to poll the jurors at this
13   time?
14          MR. ZEIDENBERG:  Yes.
15          THE COURT:  All right.  I will poll you individually
16   to make sure that these are your verdicts.
17          Juror No. 0116, were these and are these your
18   verdicts?
19          JUROR NO. 0116:  Yes.
20          THE COURT:  Juror No. 0126?
21          JUROR NO. 0126:  Yes.
22          THE COURT:  Juror No. 0174?
23          JUROR NO. 0174:  Yes.
24          THE COURT:  Juror No. 0196?
25          JUROR NO. 0196:  Yes.

1        THE COURT:  Juror No. 0083?
2        JUROR NO. 0083:  Yes.
3        THE COURT:  Juror No. 0137?
4        JUROR NO. 0137:  Yes.
5        THE COURT:  Juror No. 0127?
6        JUROR NO. 0127:  Yes.
7        THE COURT:  Juror No. 0127?
8        JUROR NO. 0127:  Yes.
9        THE COURT:  Juror No. 0092?
10       JUROR NO. 0092:  Yes.
11       THE COURT:  Juror No. 0185?
12       JUROR NO. 0185:  Yes.
13       THE COURT:  Juror No. 0185?
14       JUROR NO. 0185:  Yes.
15       THE COURT:  And Juror No. 0171?
16       JUROR NO. 0171:  Yes.
17       THE COURT:  All right.  Ladies and gentlemen, on
18  behalf of the parties, I'd like to thank you for your service.
19  Of course this completes your obligation to the District of
20  Kansas for jury service.
21       If you can stick around for a few minutes after the
22  verdict, I will join you in the jury room to present you with a
23  couple of gifts of our appreciation for your jury service.
24  This was a fairly long trial, over two weeks, and we know that
25  it was done with sacrifice to your personal lives and

1  obligations.
2          We have a local rule in this district that prohibits
3  the lawyers or parties from contacting you unless they first
4  get permission from me.  If that happens and I give permission,
5  you will hear that affirmatively from us, someone from the
6  court will call you, but you are always free to contact them,
7  initiate contact with them if you desire.
8          And of course now you are released from the
9  admonition, so you're free to talk about this experience and
10 whatever you want to talk about in terms of this jury trial
11 with whoever you'd like to speak with.
12         So, again, we thank you for your service.  We will
13 discharge you from your jury duty and I'll join you very
14 shortly in the jury room.  Thank you.
15         COURTROOM DEPUTY:  All rise.
16    (The following proceedings occurred outside the presence of
17 the jury.)
18         THE COURT:  All right.  I do want to talk to you all
19 about post-trial motions and deadlines for that.  As I've
20 indicated before, I know Mr. Zeidenberg made a somewhat
21 comprehensive oral argument in favor of judgment at the close
22 of the government's case and I took it under advisement at that
23 time as well as his renewed motion.
24         I do think there are some significant issues in this
25 case, so I would like to give you all substantial time to brief

1  these post-verdict motions, post-evidence motions, if you will.
2           So how long would you like, Mr. Zeidenberg?
3           MR. ZEIDENBERG:  Can I have a moment?
4           Your Honor, can we have 30 days?
5           THE COURT:  Sure.
6           How long would you like to respond?
7           MR. BARRY:  30 days, please, Your Honor.
8           THE COURT:  Would you like any reply time?
9           MR. ZEIDENBERG:  Yes, Your Honor, I'm sure we would,
10 14 days.
11          THE COURT:  Okay.  I'll consider it under advisement
12 at that point and written -- a written decision.  Won't
13 schedule sentencing at this point.  We'll take up these motions
14 first.
15          All right.  Thank you all.  Is there anything more you
16 need before we recess?
17          MR. ZEIDENBERG:  I don't believe so, Your Honor.
18 Thank you.
19          THE COURT:  Obviously conditions of release will
20 remain the same at this time.  All right.  We'll be in recess.
21     (The proceedings were adjourned.)
22
23
24
25

C E R T I F I C A T E

I, Danielle R. Murray, a Certified Court Reporter and the regularly appointed, qualified, and acting official reporter of the United States District Court for the District of Kansas, do hereby certify that the foregoing is a true and correct transcript from the stenographically reported proceedings in the above-entitled matter.

SIGNED 18th of November, 2022

/s/Danielle R. Murray
DANIELLE R. MURRAY, RMR, CRR
United States Court Reporter